

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN LEE RICHES, et al., | ) |
| Plaintiffs, | ) Case No. 3:09-cv-0124-BES-RAM |
| vs. | ) **ORDER** |
| ATLANTA JOURNAL CONSTITUTION, et al., | ) |
| Defendants. | ) |

Plaintiffs have submitted a handwritten complaint attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket #1). Plaintiffs have not paid the $350.00 filing fee and have not submitted an Application to Proceed *in Forma Pauperis* as required by 28 U.S.C. §1915(a)(1) and Local Rules LSR 1-1 and 1-2. The Local Rules further require that the application and complaint be made on the forms provided by this Court. LSR 1-1, 1-2, 1-4, and 2-1.

IT IS THEREFORE ORDERED that the Clerk of the Court shall send each Plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions. The Clerk of the Court shall also return a copy of Plaintiffs' submission to them.

IT IS FURTHER ORDERED that the action is **DISMISSED** without prejudice for Plaintiffs' commencement of a **new** action in which they either pays the $350.00 filing fee in

full or submit a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms. The Clerk of the Court shall enter judgment accordingly.

DATED: This 12th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

2