AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

JONATHAN LEE RICHES, et al.,

       Plaintiffs,                JUDGMENT IN A CIVIL CASE
   V.

                                    CASE NUMBER: **3:09-cv-0124-BES-RAM**

ATLANTA JOURNAL CONSTITUTION,
 et al.,

        Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the action is DISMISSED without prejudice for Plaintiffs' commencement of a **new** action in which they either pay the $350.00 filing fee in full or submit a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms.

    March 16, 2009                                                   **LANCE S. WILSON**
                                                                         Clerk

                                                                     /s/ Kalani Lizares
                                                                          Deputy Clerk